MARY KIMBALL, Appellant, v. FRANK M. BRILL and Another, Respondents.— Judgment and order affirmed, with costs. All concur, except McCann, J., not voting.

Before STATE INDUSTRIAL BOARD, Respondent. JOHN KWIATKOWSKI, Respondent, v. LUSTBADER CONSTRUCTION COMPANY and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. GEORGE KERR, Respondent, v. THE GARLOCK PACKING COMPANY and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board, on the authority of *Matter of Verschleiser* v. *Stern & Son* (229 N. Y. 192).

MABEL A. LONGMATE, Respondent, v. ELMIRA WATER, LIGHT AND RAILROAD COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs.

Before STATE INDUSTRIAL BOARD, Respondent. HENRY LINQUIST, Respondent, v. WOODRICH ENGINEERING COMPANY and Another, Appellants.— Award reversed and claim dismissed, with costs against the State Industrial Board, on the authority of *Schenker* v. *Karch* (210 App. Div. 822). All concur.

Before STATE INDUSTRIAL BOARD, Respondent. CLARA LUNDHOLM, Respondent, v. SUN-HERALD CORPORATION and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. LOUISE MEYER, Appellant, v. LUZERNE CHEMICAL COMPANY and Another, Respondents.— Decision unanimously affirmed, without costs.

Before STATE INDUSTRIAL BOARD, Respondent. WILLIAM MOORE, Respondent, v. MOHAWK CARPET MILLS, INC., and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Judicial Settlement of the Accounts of ROY R. BROWN, as Executor, etc., of SARAH B. CLARK, Deceased.— Decree unanimously affirmed, with costs to the respondent payable out of the estate.

. In the Matter of the Application of ELLIOT S. BENEDICT and Others, Petitioners, for an Order of Certiorari Directed to GEORGE R. LUNN and Others, Commissioners of the Land Office of the State of New York, Respondents.— Determination unanimously confirmed, with fifty dollars costs and disbursements, on the ground that the petitioners failed to prove a failure of title to the lands under water which were granted.

In the Matter of the Application of J. VAN VECHTEN OLCOTT, as Receiver in Bankruptcy of THE FERGUSON CONTRACTING COMPANY, Appellant, Respondent, for a Peremptory Mandamus Order against JAMES W. FLEMING, as Comptroller of the State of New York, Respondent, Appellant.— Order unanimously affirmed, without costs.

In the Matter of the Judicial Settlement of the Estate of GEORGE F. UNDERWOOD, Deceased.— Order affirmed, with ten dollars costs and disbursements. All concur, except H. T. Kellogg and McCann, JJ., dissenting.